THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tracy Wilson,       
Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2005-UP-178
Submitted March 1, 2005  Filed March 10, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.  
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Tracy Wilson appeals his guilty plea to first-degree criminal sexual conduct.  Counsel for Wilson attached to the final brief a petition to be relieved as counsel.  Wilson did not file a separate pro se response.  
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Wilsons appeal and grant counsels petition to be relieved. 
 APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.